**John A. GRIFFITHS, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 03–1058.**

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Aug. 25, 2003.

John A. Griffiths, Appellant Pro Se. Lawrence Richard Leonard, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John A. Griffiths appeals the district court's order accepting the recommendation of the magistrate judge to dismiss his

complaint for lack of subject matter jurisdiction due to his failure to exhaust administrative appeal remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Griffiths v. United States*, No. CA–02–27–4 (E.D.Va. Jul. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*